RECEIVED
DEC 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DIACONU EUFROSINA,**
Plaintiff/Class Agent, Pro Se.

v.

**U.S. DEPARTMENT OF DEFENSE**
AND
**U.S. ENVIRONMENTAL PROTECTION AGENCY,**
Defendants.

TOXIC TORT & MALPRACTICE
**CLASS ACTION**

**Nr. 1:07-cv-1358**

BY CERTIFIED MAIL RECEIPT 7007 0220 0000 8733 4221

**PLAINTIFF/CLASS AGENT'S MOTION TO REINSTATE THE CASE**

On December 18, 2007 plaintiff/class agent received this court's NOTICE OF ELECTRONIC FILING dtd. 12/13/2007 informing her that the instant case has been dismissed "for failure to effect service of process in accordance with Federal Rule Of Civil Procedure 4(m)".

Pursuant to the "THINGS TO KNOW ABOUT YOUR CASE" condensed informations received from the Office Of The Clerk, U.S. District Court For The District Court Of Columbia, plaintiff/class agent had 120 days to serve the defendants; citing from EXHIBIT # 1, WHAT HAPPENS NEXT: "Service of the Summons and Complaint: Now that your complaint has been filed, all defendants must be served with a copy of complaint within 120 days". The record shows that the service took place on the **98th. day,** 22 calendar days ahead to the time allowed by the Fed.R.Civ.Pr.:

o. The Hon. ROBERT GATES, Secretary Defense, by certified mail receipt 7007 1490 0001 3043 3547 was served on 10/31/2007; although signed, the returned receipt was not dated - EXHIBIT # 2.

o. The Hon. STEVE JOHNSTON, Administrator, U.S. Environmental Protection Agency, by certified mail receipt 7006 2150 0003 4214 8126 was served on 10/31/2007; the signed returned receipt is dated 11/05/2007 - EXHIBIT # 3.

o. The U.S. ATTORNEY GENERAL, by certified mail receipt 7006 2150 0003 4214 8102 was served on 10/31/2007; the signed return receipt is dated 11/05/2007 - EXHIBIT # 4.

o. The U.S. ATTORNEY Washington DC, by certified mail receipt 7006 2150 0003 4214 8119 was served on 10/31/2007; the signed returned receipt is dated 11/06/2007 - EXHIBIT # 5.

Based upon the informations provided by the five (5) exhibits plaintiff/class agent, pro se, prays that THIS Court will recognize and correct its own sua sponte error by reinstating the instant case. THANK YOU ! This request is timely made on this day of 12/21/2007.

Plaintiff/class agent, pro se. takes this opportunity to remind THIS Court that (i) based upon the date (11/05/2007/ 11/06/2007 the summon and complaint was received, the 60 days grace period brings the due date for the two defendants to respond to the instant case to on or before 01/05/2008. (ii) Plaintiff/class agent, pro se, is yet to receive a notice of appearance from the two defendants.

Please, reinstate the case ! THANK YOU !

Respectfully submitted,

[signature]

5 Exhibits

DIACONU EUFROSINA,
Plaintiff/Class Agent, Pro Se.
533 East Luray Street
Philadelphia, PA 19120

12-21-07

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

**DIACONU EUFROSINA,**
Plaintiff/Class Agent, Pro Se.

v.

**U.S. DEPARTMENT OF DEFENSE**
AND
**U.S. ENVIRONMENTAL PROTECTION AGENCY,**
Defendants.

TOXIC TORT & MALPRACTICE
**CLASS ACTION**

**Nr. 1:07-cv-1358** (EGS)

December 21, 2007

BY CERTIFIED MAIL RECEIPT 7007 0220 0000 8733 4221

**CERTIFICATE OF SERVICE**

The undersigned Plaintiff/Class Agent, Pro Se. hereby certifies that, although she is yet to receive a NOTICE OF APPEARANCE from defendants, on this day of December 21, 2007 she served via first class U.S. mail, a true and correct copy of the PLAINTIFF/CLASS AGENT'S MOTION TO REINSTATE THE CASE with five (5) exhibits to:

The U.S. ATTORNEY OFFICE
501 3rd. Street, N.W.
Washington, DC 20001

EUFROSINA DIACONU
Plaintiff/Class Agent, Pro Se
533 East Luray Street
Philadelphia, PA 19120

# THINGS TO KNOW ABOUT YOUR CASE

You are receiving this pamphlet because you filed a lawsuit in this court "*pro se*," meaning "in person" and not by an attorney. You are encouraged to hire an attorney to represent you in this lawsuit. If you cannot afford or do not want to hire an attorney, this pamphlet provides some general information about proceeding in this court.

**What happens next**

Service of the Summons and Complaint: Now that your complaint has been filed, all defendants must be served with a copy of the complaint within 120 days. If you filed your complaint without prepayment of the filing fee, the Marshal will be appointed to serve the defendants. (See *In Forma Pauperis* status, below). If you paid the filing fee, you will need to have someone serve defendants and file with the Court proof of service. If a federal agency or employee is a defendant, the agency, the attorney general and the US Attorney must also be served.

Defendants' Response: Defendants typically have 20 days (or 60 days for United States defendants) after service to answer or otherwise respond to your complaint. Most cases are decided by the judge on the papers filed by the parties without a hearing.

**What *In Forma Pauperis* status means**

If you have very limited income and few assets, you may qualify to proceed *in forma pauperis*, meaning "in the manner of a pauper." This allows you to proceed without prepaying the $250 filing fee. It also obligates the Court to serve the defendants with the summons and complaint and permits the judge to appoint counsel for you from the Court's Civil Pro Bono Panel. If you borrowed money to pay the filing fee or otherwise believe you are qualified, you may obtain an Application to Proceed In Forma Pauperis from the Clerk's Office. However, a refund of your filing fee is usually not permitted because all parties proceeding *in forma pauperis* are required to pay the filing fee when they can afford to do so.

**How your case will be handled**

Your case has been assigned to a judge who will decide it just like any other case. Most cases are decided on the papers filed in the case, without a hearing or trial. As a result, it is important that you know the rules about filing papers in your case, including the Federal Rules of Civil Procedure and the Local Civil Rules, both of which are on the court's web page (www.dcd.uscourts.gov). The Federal Rules are also available in most law libraries and a copy of the Local Rules can be obtained from the Clerk's Office. This pamphlet summarizes some, but not all, of the rules that apply to your case.

**How to file papers in your case**

Local Civil Rule 5.1 explains that to properly file something in your case, you must file an

EXHIBIT #1

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20301 OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.48 | 0145 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | 10/31/2007 |

Postmark Here: OLNEY STATION PHILADELPHIA, PA 19120 OCT 31 2007 USPS

7007 1490 0001 3043 3547

Sent To: Hon Robert Gates

Street, Apt. No.; or PO Box No.

City, State, ZIP+4: 20301

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hon. **ROBERT GATES,**
Secretary of Defense.
U.S. Department of Defense
1600 Defense PENTAGON
Washington, DC 20301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 1490 0001 3043 3547

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT #2

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

EUFROSINA DIACONU
533 East Luray Street
Philadelphia, PA 19120

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20460

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $1.65 | 0145 |
| Certified Fee | $2.65 | |
| Return Receipt Fee (Endorsement Required) | $2.15 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.45 | 10/31/2007 |

OLNEY STATION PHILADELPHIA, PA 19120 — OCT 31 2007 — USPS

Sent To: Hon. Steve Johnston

Street, Apt. No.; or PO Box No.: U.S. E.P.A.

City, State, ZIP+4: Washington, DC

PS Form 3800, August 2006 — See Reverse for Instructions

7006 2150 0003 4214 8126

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Hon. STEVE JOHNSTON, Administrator.
U.S. E.P.A.
Ariel Rios Bldg.
1200 Pennsylvania Ave., N.W.
Washington, DC 20460

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 11/5/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0003 4214 8126

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540



**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**EUFROSINA DIACONU**
533 East Luray Street
Philadelphia, PA 19120

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530 OFFICIAL USE

7006 2150 0003 4214 8102

| | | |
|---|---|---|
| Postage | $ $1.48 | 0145 |
| Certified Fee | $2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | 10/31/2007 |

PHILADELPHIA PA 19120 OLNEY STATION OCT 31 2007 USPS

Sent To US attorney General

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006 See Reverse for Instructions

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) NOV 0 5 2007

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7006 2150 0003 4214 8102

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT #4

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**EUFROSINA DIACONU**
533 East Luray Street
Philadelphia, PA 19120

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001

| | | |
|---|---|---|
| Postage | $ $1.48 | 0145 |
| Certified Fee | $2.65 | 19 |
| Return Receipt Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.28 | 10/31/2007 |

Postmark Here — OLNEY STATION PHILADELPHIA PA 19120 — OCT 31 2007 — USPS

Sent To U. S. Attorney

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, August 2006 See Reverse for Instructions

7006 2150 0003 4214 8119

**SENDER: COMPLETE THIS SECTIO**

- Complete items 1, 2, and 3. Also comp item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
501 3rd. Street, N.W.
Washington, DC 20001

**THIS SECTION ON DELIVERY**

A. Signature [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) NOV 0 6 2007 C. Date of Deliver

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandis
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service labe* 7006 2150 0003 4214 8119

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-15

EXHIBIT #5

**Certified Mail Provides:**

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

***Important Reminders:***

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

**IMPORTANT: Save this receipt and present it when making an inquiry.**

PS Form 3800, August 2006 *(Reverse)* PSN 7530-02-000-9047

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

EUFROSINA DIACONU
533 East Luray Street
Philadelphia, PA 19120

Received
Mail Room
DEC 26 2007
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DIACONU EUFROSINA,
Plaintiff/Class Agent, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**
Secretary Of Defense.
**U.S. DEPARTMENT OF DEFENSE**
and
The. Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

The Hon. **ROBERT GATES,**
Secretary of Defense
U.S. Department of Defense
1600 Defense PENTAGON
Washington, DC 20301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE (name and address)

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 25 2007
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-31-07 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU EUFROSINA | TITLE PRO SE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

☒ Other (specify): Certified Mail Receipt 7005 1490 0002 3043 3947

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $4.68 | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-31-07
Date

[signature]
Signature of Server

533 E. Luray St
Philadelphia, Pa. 19120
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**DIACONU EUFROSINA,**
Plaintiff/Class Agent, PRO SE.

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**
Secretary Of Defense.
**U.S. DEPARTMENT OF DEFENSE**
and
The Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE NU

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

The Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**
Ariel Rios Bldg.
1200 Pennsylvania Ave., NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S [redacted] Pro SE (name and address)

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 25 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-31-07 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU EUFROSINA | TITLE Pro Se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☒ Other (specify): Certified Mail Receipt 7006 2150 0003 4714 8126

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 6.28 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-31-07 [signature]
Date — Signature of Server

533 E. Luray St
Philadelphia PA 19120
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DIACONU EUFROSINA,
Plaintiff/Class Agent, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**
Secretary Of Defense.
**U.S. DEPARTMENT OF DEFENSE**
and
The. Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF [redacted] Pro SE (name and address)

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 25 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10/31/2007 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU, EUFROSINA | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified mail receipt 7006 2150 0003 4214 8119

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.28 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-31-07
*Date*

[signature]
*Signature of Server*

533 E. Luray St
Philadelphia Pa 19120
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DIACONU EUFROSINA,
Plaintiff/Class Agent, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**'
Secretary Of Defense.
**U.S. DEPARTMENT OF DEFENSE**
and
The. Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE NI

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

U. S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S [redacted] (name and address) Pro SE

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 25 2007
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE OCTOBEFR 31, 2007 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU EUFROSINA | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY CERTIFIED MAIL RECEIPT #7006 2150 0003 4214 8102

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $4.28 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov. 30. 07 [signature]
Date Signature of Server

533 E Luray St
Philadelphia, Pa. 19120
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DIACONU EUFROSINA,
Plaintiff/Class Agent, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**
Secretary Of Defense.
**U.S. DEPARTMENT OF DEFENSE**
and
The. Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE NU

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

J. S. ATTORNEY GENERAL
D.O.J.
?50 PENNSYLVANIA AVE. NW
WASHINGTON, D.C ?0530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'[redacted] Pro SE (name and address)

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY MAYER-WHITTINGTON~~
CLERK

JUL 25 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE OCTOBER 31, 2007 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU EUFROSINA | TITLE Pro Se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): BY CERTIFIED MAIL RECEIPT #7006 2150 0003 4214 8102

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.28 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Nov 30 07 [signature]
Date Signature of Server

533 E Luzerne St
Philadelphia, Pa. 19120
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DIACONU EUFROSINA,
Plaintiff/Class Agent, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**
Secretary Of Defense.
**U.S. DEPARTMENT OF DEFENSE**
and
The. Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S [redacted] Pro SE (name and address)

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 25 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 10/31/2007 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU, EUFROSINA | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Certified mail Receipt 7006 2150 0003 4214 8149

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $6.28 | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-31-07
Date

[signature]
*Signature of Server*

533 E. Luray St
Philadelphia Pa 19120
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

**DIACONU EUFROSINA,**
Plaintiff/Class Agent, PRO SE.

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**
Secretary Of Defense.
**U.S. DEPARTMENT OF DEFENSE**
and
The Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE NU

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

The Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**
Ariel Rios Bldg.
1200 Pennsylvania Ave., NW
Washington, DC 20460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF [redacted] pro se (name and address)

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 25 2007
DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-31-07 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU EUFROSINA | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): Certified Mail Receipt 7006 2150 0003 4714 8126

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $ 6.28 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-31-07
Date

[signature]
*Signature of Server*

533 E. Luray St
Philadelphia PA 19120
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

DIACONU EUFROSINA,
Plaintiff/Class Agent, PRO SE

**SUMMONS IN A CIVIL CASE**

V.

The Hon. **ROBERT GATES,**
Secretary Of Defense.
U.S. **DEPARTMENT OF DEFENSE**
and
The. Hon. **STEVE JOHNSTON,**
Administrator
**U.S. ENVIRONMENTAL PROTECTION AGENCY**

CASE

Case: 1:07-cv-01358
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/25/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)

The Hon. **ROBERT GATES,**
Secretary of Defense
U.S. Department of Defense
1600 Defense PENTAGON
Washington, DC 20301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S [redacted] PRO SE (name and address)

**DIACONU EUFROSINA**
533 East Luray Street
Philadelphia, PA 19120

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUL 25 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-31-07 |
|---|---|
| NAME OF SERVER (PRINT) DIACONU EUFROSINA | TITLE PRO SE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail Receipt 7007 1490 0001 3043 3947

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 4.62 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-31-07
Date

Eufrosina Diaconu
Signature of Server

533 E. Luray St
Philadelphia, Pa. 19120
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Received Mail Room
DEC 26 2007
Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia