**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
DIACONU EUFROSINA,              )
                                )
            Plaintiff,          )
                                )
                                )   Civ. No. 07-1358 (EGS)
        v.                      )
                                )
ROBERT GATES, et al.,           )
                                )
            Defendants.         )
_____)

## ORDER

On December 13, 2007, this Court issued an Order dismissing the above-captioned case for failure to effect service of process pursuant to Federal Rule of Civil Procedure 4(m). The Court further ordered that this case would be reinstated for good cause shown. Plaintiff, acting _pro se_, has timely filed a Motion to Reinstate and has provided evidence that the complaint was timely served on defendants via certified mail on November 6, 2007. Though Federal Rule of Civil Procedure 4(l) requires a plaintiff to make proof of service to the Court by way of affidavit, the Rule also provides that "failure to make proof of service does not affect the validity of the service. The court may allow proof of service to be amended."

The Court finds that plaintiff's complaint was timely served upon defendants and thus plaintiff's Motion to Reinstate is **GRANTED.** It is hereby **ORDERED** that this Court's December 13,

2007 Order dismissing plaintiff's case for failure to effect service of process is **VACATED** and plaintiff's case is reopened; and it is

     **FURTHER ORDERED** that the Clerk of the Court is directed to docket the certified mail return receipts showing proof of service as a separate docket entry; and it is

     **FURTHER ORDERED** that defendants shall file their answer to plaintiff's complaint in compliance with the time limits stated in the Federal Rules of Civil Procedure.

     **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
             **United States District Judge**
             **January 2, 2008**