UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUFROSINA DIACONU,              )<br>                                 )<br>        Plaintiff                )<br>                                 )   Civil Action No. 07-1358 (EGS)<br>     v.                          )<br>                                 )<br>ROBERT GATES, Secretary of Defense; )<br>U.S. DEPARTMENT OF DEFENSE;      )<br>and STEVE JOHNSTON,              )<br>Administrator, U.S. Environmental )<br>Protection Agency,               )<br>                                 )<br>        Defendants.              )<br>_____) | |

## PRAECIPE

The Clerk of this Court will please enter the appearance of David S. Fishback, Assistant Director, Torts Branch (Environmental Torts), Civil Division, United States Department of Justice, as counsel for Defendants in this case.

　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　DAVID S. FISHBACK, D.C. BAR #182907
　　　　　　　　　　　　　　Assistant Director
　　　　　　　　　　　　　　Torts Branch (Environmental Torts)
　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　P.O. Box 340, Ben Franklin Station
　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　Tel: 202-616-4206/Fax 202-616-4473
　　　　　　　　　　　　　　David.Fishback@usdoj.gov
　　　　　　　　　　　　　　Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, a copy of the foregoing Praecipe was served by first class mail upon *pro se* plaintiff:

> Eufrosina Diaconu
> 533 East Luray Street
> Philadelphia, Pennsylvania 19120

/s/
_____
DAVID S. FISHBACK, D.C. BAR #182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004