UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUFROSINA DIACONU, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No. 07-1358 (EGS) |
| v. | ) |
| | ) |
| ROBERT GATES, Secretary of Defense; | ) |
| U.S. DEPARTMENT OF DEFENSE; | ) |
| and STEVE JOHNSTON, | ) |
| Administrator, U.S. Environmental | ) |
| Protection Agency, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CORRECTED PRAECIPE

The Clerk of this Court will please enter the appearance of David S. Fishback, Assistant Director, Torts Branch (Environmental Torts), Civil Division, United States Department of Justice, as counsel for Defendants in this case.

/s/
_____
DAVID S. FISHBACK, D.C. BAR #182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
1331 Pennsylvania Ave., N.W., Suite 800 South
Washington, D.C. 20004
Tel: 202-616-4206/Fax 202-616-4473
David.Fishback@usdoj.gov
Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, a copy of the foregoing Corrected Praecipe was served by first class mail upon *pro se* plaintiff:

>Eufrosina Diaconu
>533 East Luray Street
>Philadelphia, Pennsylvania 19120

>/s/
>_____
>DAVID S. FISHBACK, D.C. BAR #182907
>Assistant Director
>Torts Branch (Environmental Torts)
>Civil Division
>United States Department of Justice
>1331 Pennsylvania Ave., N.W., Suite 800 South
>Washington, D.C. 20004
>Tel: 202-616-4206/Fax 202-616-4473
>David.Fishback@usdoj.gov
>Attorney for Defendants