UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUFROSINA DIACONU, | ) |
|     Plaintiff | ) ) ) Civil Action No.:07CV01358 (EGS) |
| v. | ) )ECF |
| ROBERT GATES, Secretary of Defense; U.S. DEPARTMENT OF DEFENSE; and STEVE JOHNSTON, Administrator, U.S. Environmental Protection Agency, | ) ) ) ) ) ) |
|     Defendants. | ) ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2008, a copy of the United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed at Court's Docket No. 6, was served by first class mail upon *pro se* plaintiff:

    Diaconu Eufrosina
    533 East Luray Street
    Philadelphia, Pennsylvania 19120

Date: January 4, 2008

Respectfully Submitted,
    /s/
DAVID S. FISHBACK
  D.C. BAR #182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
1331 Pennsylvania Ave., NW

    Suite 800 South  
Washington, D.C. 20004  
Tel: 202-616-4206/Fax 202-616-4473  
David.Fishback@usdoj.gov  
Attorney for Defendants