IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EUFROSINA DIACONU,
    Plaintiff/Class Agent, <u>Pro se.</u>

v.

The Hon. ROBERT GATES,
      Secretary of Defense.
U.S. DEPARTMENT OF DEFENSE.
      and
STEVE JOHNSTON,
    Administrator.
U.S. ENVIRONMENTAL PROTECTION AGENCY
      Defendants.

**CLASS ACTION**

**TOXIC TORT & MALPRACTICE**

Case No. 07-1358 (EGS)

**RECEIVED**

JAN 9 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>BY CERTIED MAIL RECEIPT 7006 2150 0003 4214 8133</u>

**PLAINTIFF'S COMBINED REQUEST FOR COURT APPOINTED COUNSEL
AND EXTENDED TIME**

    And NOW, upon receiving the praecipe from the defendants's counsel for the reasons setforth bellow, DIACONU, a <u>pro se</u> plaintiff, moves this court for a court appointed counsel.

    FINANCIALLY, plaintiff cannot afford a lawyer unless THIS Court instructs |emphasis added| the U.S. Department of Justice ("DOJ") and the defendant Department of Defense ("DoD") to respond to DIACONU's 05/14/07 CLAIM FOR DAMAGE, INJURY, OR DEATH Std. Form 95 prescribed by DOJ 28 CFR 14.2 she filed with Williams J. Haynes, General Counsel, Office of General Counsel, DoD-see Complaint footnote pg.8. The cited CLAIM FOR DAMAGE AND INJURY relates exclusively to DIACONU's total and permanent disability, an irreversible neurological condition that affected her speech, severe trunk, hands and body tremors (NOT to be confused with Parkinson) medically traced to be the result of DIACONU being exposed to DDT, clordane, lindane, vapors of benzene and many other ultrahazardous and/or regulated chemicals while working for DoD in Philadelphia. The sooner DoD and DOJ

actually monetarily compensates DIACONU for her total and permanent disability, the sooner she can hire a counsel. Since December 1995 until she turned 65, DIACONU's the only source of income was a small Social Security monthly benefit; effective 01/01/08 she receives $ 980.00/month less $ 217 monthly mortgage.

Not being able to afford a lawyer, pursuant 28 USC 1915(e)(1) DIACONU is entitled to receive a court appointed counsel. The need for a lawyer specialized in toxic/federal tort and malpractice is compounded by the fact that DIACONU has been diagnosed of having cancer; her immune system has been severely compromised; she is in constant pains and cannot sit on a hard surface more than 10-15 minutes at a time; she tires easily. She needs a lawyer who could stand up to the defendants who are represented by the DOJ.

Until actually DoD/DOJ monetarily compensates DIACONU for her total and permanent disability or THIS Court appoints a counsel, whichever comes first, DIACONU also is requesting that the 11 calendar days to respond to defendants papers be extended to 15 calendar days from the date DIACONU actually received the papers and NOT from the date defendant claims that it has served the plaintiff. Plaintiff also takes this opportunity to inform THIS Court that she has no access to a PC; her condition prevents her from getting such access; she uses an electrical typewriter.

Plaintiff, pro se, prays that THIS Court will grant her motion as requested ! THANK YOU !

Respectfully submitted,

EUFROSINA DIACONU,
    Plaintiff, pro se.
533 East Luray Street
Philadelphia, PA. 19120

01-07-08

DIACONU v. DoD & U.S. EPA

CLASS ACTION
Toxic Tort & Malpractice
Case No. 07-1358 (EGS)

## CERTIFICATE OF SERVICE

The undersigning Plaintiff/Class Agent, Pro Se hereby certifies that a true and correct copy of the PLAINTIFF/CLASS AGENT COMBINED REQUEST TO ADMIT THE CLASS AND TO APPOINT A COUNSEL TO REPRESENT THE CLASS and a true and correct copy of the PLAINTIFF'S COMBINED REQUEST FOR COURT APPOINTED COUNSEL AND EXTENDED TIME, on this day of 01/07/08 she served via first class U.S. mail to:

DAVID S. FISHBACK,
    Assist. Director
Torts Branch (Environmental Torts)
Civil Division
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington DC 20004

EUFROSINA DIACONU,
    Plaintiff/Class Agent, Pro Se.

01-07-08

RECEIVED
JAN 9 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT