IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUFROSINA DIACONU,<br>    Plaintiff/Class Agent, <u>Pro se.</u><br><br>v.<br><br>The Hon. ROBERT GATES,<br>       Secretary of Defense.<br>U.S. DEPARTMENT OF DEFENSE.<br>     and<br>STEVE JOHNSTON,<br>    Administrator.<br>U.S. ENVIRONMENTAL PROTECTION AGENCY<br>          Defendants. | **CLASS ACTION**<br><br>**TOXIC TORT & MALPRACTICE**<br><br>Case No. 07-1358 (EGS) |

<u>BY CERTIED MAIL RECEIPT 7006 2150 0003 4214 8133</u>

**PLAINTIFF/CLASS AGENT COMBINED REQUEST TO ADMIT THE CLASS
AND TO APPOINT A COUNSEL TO REPRESENT THE CLASS**

And NOW, upon receiving the praecipe from the defendants's counsel for the reasons setforth bellow, DIACONU, a <u>pro se</u> plaintiff/class agent, moves this court to recognize and accept the instant case as a class.

By this, the Plaintiff/Class Agent reinstates in its entirety paragraphs 9 thru 16 as they define the members of the class. The members of the class were/some still are residents of Philadelphia Pennsylvania (and its suburbs), residents of New Jersey, Delaware and Maryland. 85% of the members of the class were minorities mostly black men and women, labor/hourly workers or by piece, with a very limited education (most of them had no high school); didn't have a clue of what was going on at their work place. Those who asked questions either were let go or dismissed as being a "trouble makers".

Most of the members of the class are dead or about to die not because of age but, because of their health condition. The contamination with ultrahazardous chemicals was carried into

RECEIVED
JAN 9 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

their homes by their clothings, the result of which the spouses and/or their children have been also exposed to the same ultrahazardous chemicals and became ill not knowing what and who caused their illness.

Plaintiff/Class Agent expects DOJ to put a good fight, to supress the class; that's why Plaintiff/Class Agent moves THIS Court also for a court appointed counsel to represent the class. Only a trained lawyer in the toxic/federal tort and malpractice field could navigate through the legal system and adequately represent them, in mod particular when the members of the class lived/live in four different states: Pennsylvania, New Jersey, Delaware and Maryland.

While Plaintiff/Class Agent's health injury qualifies her to be a class agent as far as that the health injuries and the damages are common also to the members of the class, not being a lawyer she recognizes the need for a court appointed counsel to represent exclusively/solely the members of the class. Regardless of the DOJ's response to the instant case **that was due on or before 01/06/08**, PLEASE, DO NOT DISMISS THE CASE, AND IN MOD PARTICULAR **DO NOT DISMISS THE MEMBERS OF THE CLASS** until federal/toxic tort and malpractice lawyers take over the case.

PLEASE, grant this motion ! THANK YOU !

Respectfully submitted,

EUFROSINA DIACONU,
    Plaintiff, pro se.
533 East Luray Street
Philadelphia, PA. 19120

DIACONU v. DoD & U.S. EPA                    CLASS ACTION
                                        Toxic Tort & Malpractice
                                        Case No. 07-1358 (EGS)


## CERTIFICATE OF SERVICE


The undersigning Plaintiff/Class Agent, Pro Se hereby certifies that a true and correct copy of the PLAINTIFF/CLASS AGENT COMBINED REQUEST TO ADMIT THE CLASS AND TO APPOINT A COUNSEL TO REPRESENT THE CLASS and a true and correct copy of the PLAINTIFF'S COMBINED REQUEST FOR COURT APPOINTED COUNSEL AND EXTENDED TIME, on this day of 01/07/08 she served via first class U.S. mail to:

>    DAVID S. FISHBACK,
>       Assist. Director
>    Torts Branch (Environmental Torts)
>    Civil Division
>    U.S. Department of Justice
>    P.O. Box 340, Ben Franklin Station
>    Washington DC 20004


*[signature]*

EUFROSINA DIACONU,
    Plaintiff/Class Agent, Pro Se.

01-07-08