# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUFROSINA DIACONU, | ) |
| | ) |
| Plaintiff | ) |
| | ) Civil Action No.:07CV01358 (EGS) |
| v. | ) |
| | )ECF |
| ROBERT GATES, Secretary of Defense; | ) |
| U.S. DEPARTMENT OF DEFENSE; | ) |
| and STEVE JOHNSTON, | ) |
| Administrator, U.S. Environmental | ) |
| Protection Agency, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## The United States' Response to the
## Papers Filed at Court's Docket Numbers 8 and 9

At Court's Docket Numbers 8 and 9, *pro se* plaintiff Eufrosina Diaconu has filed papers requesting appointment of counsel for her; for admission of a putative class and for appointment of counsel for that class; and for an extension of time to respond to the United States' Motion to Dismiss filed at Docket No. 6. The United States does not oppose the requested extension of time to respond its motion to dismiss, but it does oppose the other relief requested by Ms. Diaconu.

The United States opposes Ms. Diaconu's request that the Court appoint counsel for her because the standard for appointing counsel has not been met. As

the D.C. Circuit noted recently in *Gaviria v. Reynolds*, 476 F.3d 940, 943 (D.C. Cir. 2007), the standard is set forth in Local Rule 83.11(b)(3), which provides that:

> When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* litigant to proceed *in forma pauperis*, the judge to whom the case is assigned may, on application by the *pro se* party or otherwise, appoint an attorney from the [Civil Pro Bono] Panel to represent such party. The appointment should be made taking into account:
>
> > (i) the nature and complexity of the action;
> >
> > (ii) the potential merit of the *pro se* party's claims;
> >
> > (iii) the demonstrated inability of the *pro se* party to retain counsel by other means; and
> >
> > (iv) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

This Court need not consider the four enumerated factors because Ms. Diaconu has not sought leave to proceed *in forma pauperis*. But even if this Court were to consider those factors, they would not favor appointment of counsel. Factor (iii) does not favor appointment because Ms. Diaconu has not shown that she attempted to, but ultimately could not, retain counsel by other means. Factors (i), (ii), and (iv) also are not availing because this is a straightforward case involving a Complaint that must be dismissed for failure to exhaust administrative remedies. There is nothing appointed counsel could do to cure that fatal,

jurisdictional defect. Moreover, any subsequent case would be barred by the Federal Employees' Compensation Act, 5 U.S.C. § 8116(c). *See* Memorandum in Support of the United States' Motion to Dismiss, Docket No. 6 at pp. 8-9, 11 n.6.

Ms. Diaconu's requests regarding a putative class should be denied because this case may not proceed as a class action. *See id.* at pp. 11-12.

Date: January 15, 2008

Respectfully Submitted,

  /s/
DAVID S. FISHBACK
  D.C. BAR #182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
1331 Pennsylvania Ave., NW
  Suite 800 South
Washington, D.C. 20004
Tel: 202-616-4206/Fax 202-616-4473
David.Fishback@usdoj.gov
Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, a copy of the United States' Response to the Papers Filed at Court's Docket Numbers 8 and 9 was served by first class mail upon *pro se* plaintiff:

>Eufrosina Diaconu
>533 East Luray Street
>Philadelphia, Pennsylvania 19120

Date: January 15, 2008                                  Respectfully Submitted,

>    /s/
>DAVID S. FISHBACK
>  D.C. BAR #182907
>Assistant Director
>Torts Branch (Environmental Torts)
>Civil Division
>United States Department of Justice
>1331 Pennsylvania Ave., NW
>  Suite 800 South
>Washington, D.C. 20004
>Tel: 202-616-4206/Fax 202-616-4473
>David.Fishback@usdoj.gov
>Attorney for Defendants