UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUFROSINA DIACONU, )<br>)<br>Plaintiff )<br>) Civil Action No.:07CV01358 (EGS)<br>v. )<br>)ECF<br>ROBERT GATES, Secretary of Defense; )<br>U.S. DEPARTMENT OF DEFENSE; )<br>and STEVE JOHNSTON, )<br>Administrator, U.S. Environmental )<br>Protection Agency, )<br>)<br>Defendants. )<br>) | |

**The United States' Opposition to Plaintiff's Motion for Continuation**

At Court's Docket Number 11, *pro se* plaintiff Eufrosina Diaconu has filed a *Motion for Continuation,* asking that she not be required to respond to the United States' Motion to Dismiss (Docket Number 6) until after court-appointed counsel is found for her. The United States opposes this motion for the reasons set forth in Docket Number 10 (*The United States' Response to the Papers Filed at Court's Docket Numbers 8 and 9*).

We see no need to burden the Court with further briefing on this matter, other than to point out that Ms. Diaconu's presentation of her March 13, 2007, letters to the Department of Defense and the Environmental Protection Agency (Exhibits 1 and 2 to Docket Number 11) does not change the posture of the instant

case. Those letters cannot be treated as administrative claims under the Federal Tort Claims Act because they do not state a "sum certain" claim, as required under the FTCA. *See Weaver v. Bratt*, 421 F. Supp. 2d 25, 42 (D. D.C. 2006) (where failure to state a "sum certain" claim meant that plaintiff had not "exhausted her administrative remedies under the FTCA"); *Edmonds v. United States*, 436 F. Supp. 2d 28, 33 (D. D.C. 2006).

In any event, even if those letters had met the FTCA's administrative claim requirement, they would still not permit her to proceed with the instant lawsuit because the United States has not denied the claims and less than six months elapsed from March 13, 2007, until the instant suit was filed on July 25, 2007. *See* discussion at Docket Number 6 at pp. 5-6, 8-9.

Date: January 28, 2008                                   Respectfully Submitted,

                                                                                 /s/
DAVID S. FISHBACK
  D.C. BAR #182907
Assistant Director
Torts Branch (Environmental Torts)
Civil Division
United States Department of Justice
1331 Pennsylvania Ave., NW
  Suite 800 South
Washington, D.C. 20004
Tel: 202-616-4206/Fax 202-616-4473
David.Fishback@usdoj.gov
Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2008, a copy of the *United States' Opposition to Plaintiff's Motion for Continuation* was served by first class mail upon *pro se* plaintiff:

> Eufrosina Diaconu
> 533 East Luray Street
> Philadelphia, Pennsylvania 19120

Date: January 29, 2008            Respectfully Submitted,

                                  ____/s/_____
                                  DAVID S. FISHBACK
                                    D.C. BAR #182907
                                  Assistant Director
                                  Torts Branch (Environmental Torts)
                                  Civil Division
                                  United States Department of Justice
                                  1331 Pennsylvania Ave., NW
                                    Suite 800 South
                                  Washington, D.C. 20004
                                  Tel: 202-616-4206/Fax 202-616-4473
                                  David.Fishback@usdoj.gov
                                  Attorney for Defendants